IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, C

FEB 2 2 2009

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO. 03-cv-02566-WYD-OES

Robert L. Chavez,
    Plaintiff(s),

vs.

Al Estep, Warden, et al.,
    Defendant(s).

## ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 22nd day of February, 2007.

BY THE COURT:

Wiley Y. Daniel, Judge

Re:  03-CV-02566-WYD-OES

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on the below date a copy of an order returning State Court Record signed by Judge, Wiley Y. Daniel, was mailed to the following on ___February 22, 2007___ .

El Paso District Court
20 E. Vermijo Avenue
Colorado Springs, Colorado 80903

By:_____
  **Deputy Clerk**